**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL ACTION NO. 07-22-DLB**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**VS.**                              **O R D E R**

**RACHEL NICOLE BRUMFIELD**                                      **DEFENDANT**

*******************************

This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge (Doc. # 51) wherein he recommends that in lieu of revocation, the Court continue Defendant on supervised release, and impose an additional condition that she be placed at the Hope Center Recovery Program for Women for a period of time, not to exceed four (4) months. Defendant waived her right to allocute before the undersigned judge (Doc. # 48).

On March 31, 2010, Defendant filed a response to the R&R (Doc. # 53). In that response, Defendant does not object to the R&R. Rather, she requests that the Court order that she be placed at the Chrysalis House in Lexington as opposed to the Hope Center. Defendant further states that she is willing to await additional time in incarceration to obtain the additional benefits of the Chrysalis House. The Government having failed to file any response, and the time for such filing having now expired, the R&R and Defendant's response are ripe for review. Having review the record, and the Court finding that Defendant's request to be placed at the Chrysalis House instead of the Hope Center

1

is a reasonable one, and being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. # 51), be, and it is, hereby **adopted in part** as the findings of fact and conclusions of law of the Court (as to the violations) and **denied in part** (as to the placement at the Hope Recovery Center);

2. Defendant is found to have **violated** the terms of her supervised release, and her supervised release is continued as modified herein;

3. Defendant is **remanded** to the custody of the United States Marshal for a period not to exceed **four (4) months**, pending acceptance into the Chrysalis House in Lexington, Kentucky. Once accepted into the program, Defendant shall be transported to the Chrysalis House by the United States Marshal's Service. Her supervised release will expire as scheduled.

This 11th day of May, 2010.

Signed By:
*David L. Bunning* DB
United States District Judge

G:\DATA\ORDERS\AshCrim\2007\07-22-Order Adopting R&R - Brumfield TSR violation(2).wpd