**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL ACTION NO. 07-22-DLB-1**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

vs.            **ORDER ADOPTING REPORT & RECOMMENDATION**

**RACHEL BRUMFIELD**                                                   **DEFENDANT**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

      This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of ten (10) months imprisonment with no supervised release to follow. (Doc. # 64). During the final revocation hearing conducted by Magistrate Judge Edward B. Atkins on July 11, 2012, Defendant stipulated to Violations 1 and 2 set out in the June 27, 2012 Supervised Release Violation Report (Doc. # 56). The United States moved to dismiss Violation 3, and the Magistrate Judge recommended that the government's motion be granted. (Doc. # 64).

      Defendant having executed a waiver of her right to allocution (Doc. # 63), there being no objections filed to the R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 64) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of her supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **TEN (10) MONTHS** with no supervised release to follow;

(5) A Judgment shall be entered contemporaneously herewith.

This 2nd day of August, 2012.



Signed By:
*David L. Bunning*  DB
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2007\07-22-1 Order adopting R&R on SRV.wpd